❄AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

CHRYSTAL RICHARDSON, et. al.

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 9891 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York and The New York City Police Department

I certify that I am admitted to practice in this court.

November 27, 2007
Date

Signature

Robyn N. Pullio          RP 7777
Print Name               Bar Number

100 Church Street
Address

New York, N.Y. 10007
City          State          Zip Code

(212) 788-1090        (212) 788-9776
Phone Number          Fax Number