AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHRYSTAL RICHARDSON, et al.
v.
CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 9891 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

A.C.C. Angela Cruz

I certify that I am admitted to practice in this court.

December 18, 2007
Date

Signature

Robyn N. Pullio          RP 7777
Print Name               Bar Number

100 Church Street
Address

New York, N.Y. 10007
City        State       Zip Code

(212) 788-1090           (212) 788-9776
Phone Number             Fax Number