UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Richardson

-v.-

NYC

: 07 Civ. 9891 (RWS)

------------------------------------------------------------X

Please be advised that the conference scheduled

for  Jan 16, 08  has been rescheduled to

Jan 30, 08  at  4:30pm  in Courtroom 18C

Please notify opposing counsel of the change.


SO ORDERED.

Dated: New York, New York

1-16-08

ROBERT W. SWEET
United States District Judge